UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Judge Russ Kendig |
| Amy Lynn Bracken | ) | Case No. 13-60998 |
| | ) | |
| Debtor | ) | **Motion to Extend Discharge** |

Now comes Debtor Amy Lynn Bracken, who needs an additional 30 days to file the Financial Management class required for discharge. The Debtor wishes to extend the discharge date to September 11, 2013.

No Notice Necessary or given.

Submitted by:

/s/Gina M. Pischera
Gina M. Pischera (0087365)
Thrush & Rohr, L.L.C.
4410 22nd Street NW
Canton, Ohio 44708
(330)479-9494

Certificate of Service

I certify that on August 12, 2013 a true and correct copy of Motion to Extend Discharge was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Gina Marie Pischera    pischera.gina@gmail.com, thrushrohr@yahoo.com;thrushrohr@gmail.com;nicole@thrushandrohr.com;gina@thrushandrohr.com
- Anne Piero Silagy    asilagycourt@neo.rr.com, asilagy@ecf.epiqsystems.com
- United States Trustee    (Registered address)@usdoj.gov

Amy Bracken  149 25th St. NW  Canton, OH  44709

/s/ Gina M. Pischera
Gina M. Pischera